CEDAR WORKS v. MFG. CO. and EDWARDS v. CHESSON

No. 205 PC.

Case below: 41 N.C. App. 233.

Petition by defendant Chesson for discretionary review under G.S. 7A-31 denied 23 August 1979.

CEDAR WORKS v. LUMBER CO. and EDWARDS v. CHESSON

No. 206 PC.

Case below: 41 N.C. App. 404.

Petition by defendant Chesson for discretionary review under G.S. 7A-31 denied 23 August 1979.

CLICK v. FREIGHT CARRIERS

No. 202 PC.

No. 95 (Fall Term).

Case below: 41 N.C. App. 458.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 23 August 1979.

CONCRETE CO. v. BOARD OF COMMISSIONERS

No. 237 PC.

No. 98 (Fall Term).

Case below: 41 N.C. App. 557.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 23 August 1979.

EMERSON v. TEA CO.

No. 274 PC.

Case below: 41 N.C. App. 715.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1979.